# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AE CHOUANMASAY, | Case No.: 1:19-cv-01749- JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Ae Chouanmasay seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an pplication for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on December 3, 2019. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is unemployed and he does not report any prior employment or wages. (Doc. 2 at 1) In addition, Plaintiff indicates that he has not received any money from penstion, disability payments, gifts, or any other sources. (*Id.*) Further, Plaitniff indicates he does not have cash, a checking account, or savings account. (*Id.* at 2) Instead, Plaintiff merely notes "lives with family." (*Id.*) Given the lack of information provided regarding Plaitniff's finances,

1

the Court is unable to determine whether Plaintiff is dependent upon another—such as a spouse or parent—who may pay the filing fee in this action.

Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**December 30, 2019**__       __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE